**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    ROCHELLE N. COATES II,        :    Chapter 13
                                        :
            Debtor                      :    Bky. No. 18-18006 ELF

## ORDER

**AND NOW,** after a hearing, and for the reasons stated in court on **June 25, 2019,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before July 16, 2019**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date: June 25, 2019

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE