# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ROCHELLE N. COATES II,    :    Chapter 13
                                    :
            Debtor                  :    Bky. No.  18-18006 ELF

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **June 25, 2019,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before July 16, 2019**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

**Date: June 25, 2019**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE