United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rochelle N. Coates, II  
      Debtor  

Case No. 18-18006-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 1                  Date Rcvd: Jun 26, 2019  
                         Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db             +Rochelle N. Coates, II,    225 West Nedro Street,    Philadelphia, PA 19120-1838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
      MICHAEL D. SAYLES    on behalf of Debtor Rochelle N. Coates, II midusa1@comcast.net,
       michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                 TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      ROCHELLE N. COATES II,        :      Chapter 13
:
Debtor       :      Bky. No. 18-18006 ELF

## O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **June 25, 2019**, it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before July 16, 2019**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date: June 25, 2019

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE