# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Rochelle N. Coates, II aka Rochelle N. Alverest<br>Debtor<br><br>U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency)<br>Movant<br><br>vs.<br><br>Rochelle N. Coates, II aka Rochelle N. Alverest<br>Respondent | CHAPTER 13<br><br><br>NO. 18-18006 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency), which was filed with the Court on or about March 11, 2019 (Document No. 17).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

August 9, 2019