IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  **Rochelle Coates** | : | CHAPTER 13 |
| | : | |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **18-18006\elf** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there was no response filed of record to Debtor's Motion to Avoid Judicial Lien.

Respectfully Submitted,

Date: **August 13, 2019**

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue, Suite #2
Elkins Park, PA  19027
215-635-2270 (phone)
215-424-1263 (fax)
midusa1@comcast.net