UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Rochelle Coates** | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **18-18006** |

## ORDER

AND NOW, this \_\_\_10th\_\_\_ day of \_\_\_September\_\_\_, 2019, upon consideration of the Debtor's Motion to Avoid a Judicial Lien held by **Albert Einstein Medical Center** against 225 West Nedro Street, Philadelphia, PA 19120, arising from the judgment entered at No. 170801892 (C.P. Phila.), it is hereby **ORDERED** that:

1. The Motion is **GRANTED** and the aforesaid judicial lien is **AVOIDED** pursuant to 11 U.S.C. § 522(f).

2. Albert Einstein Medical Center's proof of claim (Claim No. 3) is **DISALLOWED** as a secured claim and **ALLOWED** as a general unsecured claim in the amount of $21,751.03.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**