# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-18006-ELF

ROCHELLE N COATES, II

225 WEST NEDRO STREET

PHILADELPHIA, PA 19120-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROCHELLE N COATES, II

    225 WEST NEDRO STREET

    PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

    MICHAEL SAYLES, ESQUIRE
    427 W CHELTENHAM AV
    SUITE #2
    ELKINS PARK, PA 19027-

Date: 2/3/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee