IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Rochelle Coates**        :        CHAPTER: 13
                                   :
                                   :
DEBTOR                             :        BANKRUPTCY NO.: **18-18006**

### CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that the Trustee William C. Miller, and/or any party of interest has not file a response to Debtor's Motion to Modify Plan after Confirmation.

    Respectfully Submitted,

    **\s\ Michael D. Sayles**
    Michael D. Sayles
    Attorney for Debtor
    427 W. Cheltenham Avenue
    Elkins Park, PA  19027
    215/635-2270

Date: **April 28, 2020**