UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Rochelle N. Coates, II**           :           CHAPTER 13
:
:
DEBTOR                                              :           BANKRUPTCY NO: **18-18006\elf**
:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# PRAECIPE TO AMEND NAME OF DEBTOR

To the Clerk, United States Bankruptcy Court:

Kindly amend the Debtor's name to **Rochelle N. Coates** from Rochelle N. Coates, II, for the record.

Respectfully Submitted,

Date: **February 16, 2021**

By:    **\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue, Suite #2
Elkins Park, PA  19027-3201
215.635.2270
Midusa1@comcast.net