IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Rochelle Coates**              :       CHAPTER:  13
                                                    :
                                                   :
        DEBTOR              :       BANKRUPTCY NO.: **18-18006\elf**

### CERTIFICATE OF NO OPPOSITION

I, Michael D. Sayles, hereby certifies that neither Trustee nor any party of interest has filed a responsive pleading to **Debtor's Motion to Modify Plan after Confirmation.**

                                                              Respectfully Submitted,

Date: **April 20, 2021**

                                                          **\s\ Michael D. Sayles**
                                                          Michael D. Sayles
                                                          Attorney for Debtor
                                                          427 W. Cheltenham Avenue
                                                          Elkins Park, PA  19027
                                                          215/635-2270
                                                          midusa1@comcast.net