# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-18006-ELF

ROCHELLE N COATES, II

225 WEST NEDRO STREET

PHILADELPHIA, PA 19120-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROCHELLE N COATES, II

225 WEST NEDRO STREET

PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. SAYLES ESQ
    427 W. CHELTENHAM AV
    SUITE 2
    ELKINS PARK, PA 19027-3291

    /S/ William C. Miller

Date: 8/2/2021      _____

    William C. Miller, Esquire
    Chapter 13 Standing Trustee