*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Rochelle N. Coates
    Debtor(s)

Case No: 18–18006–elf
Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Supplemental Application for Compensation for MICHAEL D. SAYLES, Debtor's Attorney, Period: to, Fee: $2,175.00, Expenses: $0.00. Filed by MICHAEL D. SAYLES

    on: 12/7/21

    at: 01:00 PM

    in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  11/29/21

Timothy B. McGrath
Clerk of Court

159 – 154
Form 167