# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rochelle N. Coates, II aka Rochelle N. Alverest<br>    Debtor(s)<br><br>U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency), its successors and/or assigns<br>    Movant<br>    vs.<br><br>Rochelle N. Coates, II aka Rochelle N. Alverest<br>    Debtor(s)<br><br>Kenneth E. West Esq.<br>    Trustee | CHAPTER 13<br><br><br>NO. 18-18006 ELF<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency), which was filed with the Court on or about **October 25, 2021 (Doc. No. 151)**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: December 8, 2021