UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Rochelle Coates** ) | | Chapter 13 |
| ) | | |
| ) | | |
| ) | | |
| Debtor ) | | Bankruptcy. No. **18-18006** |

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$2,175.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B) to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:** 12/13/21

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE