United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                          Case No. 18-18006-elf

Rochelle N. Coates                                                                                                 Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                        Page 1 of 2

Date Rcvd: Feb 23, 2022                          Form ID: pdf900                                Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rochelle N. Coates, 225 West Nedro Street, Philadelphia, PA 19120-1838 |
| 14263068 | + | Albert Einstein Medical Center, c/o Tabas & Rosen P.C., 1601 Market Street Suite 2300, Philadelphia, PA 19103-2306 |
| 14241165 | + | Tabas & Rosen, PC, Suite 2300, 1601 Market Street, Philadelphia, PA 19103-2306 |
| 14263805 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA, HOUSING FINANCE AGENCY), c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14271963 | + | U.S. Bank National Association (Trustee for the Pe, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14241166 | + | US Bank NA, 211 North Front Street, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14241167 | + | Utah Loan Service, PO Box 445, Kaysville, UT 84037-0445 |
| 14262117 | + | Utah Loan Servicing, LLC, PO BOX 445, Kaysville, UT 84037-0445 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 24 2022 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 24 2022 00:13:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14241163 | | Email/Text: tropiann@einstein.edu | Feb 24 2022 00:13:00 | Albert Einstein Healthcare Network, 101 E Olney Ave Suite 301, Philadelphia, PA 19120-2470 |
| 14333067 | | Email/Text: megan.harper@phila.gov | Feb 24 2022 00:13:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14241164 | | Email/Text: megan.harper@phila.gov | Feb 24 2022 00:13:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14251519 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2022 00:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14241168 | | Email/Text: megan.harper@phila.gov | Feb 24 2022 00:13:00 | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 23, 2022 | Form ID: pdf900 | Total Noticed: 16 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

**Name**          **Email Address**

KENNETH E. WEST
              ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
              on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

MICHAEL D. SAYLES
              on behalf of Debtor Rochelle N. Coates midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

REBECCA ANN SOLARZ
              on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROCHELLE N COATES, II | Chapter 13 |
| Debtor | Bankruptcy No. 18-18006-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 22, 2022**

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL D. SAYLES ESQ
427 W. CHELTENHAM AV
SUITE 2
ELKINS PARK, PA 19027-3291

Debtor:
ROCHELLE N COATES, II

225 WEST NEDRO STREET

PHILADELPHIA, PA 19120-