UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Rochelle Coates**             :        CHAPTER:  13
                                        :
                                        :
DEBTOR                                  :        Bankruptcy No.: **18-18006\elf**

PRAECIPE OF DEBTOR TO WITHDRAW
MOTION TO RECONSIDER ORDER TO DISMISS

To the Clerk, United States Bankruptcy Court:

Kindly withdraw **DEBTOR'S MOTION TO RECONSIDER ORDER TO DISMISS CHAPTER 13 BANKRUPTCY CASE**, for the record.

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
    Michael D. Sayles
    Attorney for Debtor

Dated: May 2, 2022